**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELBERT LEE VAUGHT, IV,<br><br>      Plaintiff,<br><br>  v.<br><br>N. WILLIAMS, et al.,<br><br>      Defendants. | NO. ED CV 17-1693-DOC(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that: (1) the Motion for Summary Judgment is denied; and (2) the motion for a continuance is denied as moot.

///

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: September 25, 2018.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE