JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELBERT LEE VAUGHT,**<br><br>Plaintiff,<br><br>v.<br><br>**N. WILLIAMS, et al.,**<br><br>Defendants. | Case No. 5:17-cv-1693-DOC (E)<br><br>**ORDER [65]** |

In accordance with Federal Rule of Civil Procedure 41 (a)(l )(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

IT IS SO ORDERED.

Dated: August 13, 2019

*/s/ David O. Carter*
The Honorable David O. Carter

LA2017606050
53581250.docx

1